*Edward R. Hale* and *Bennett Sanderson* for respondents.

Nos. 403 and 404. ASHWANDER ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Forney Johnston* for petitioners. *Solicitor General Reed* and *Messrs. James Lawrence Fly, John Lord O'Brian, Noel T. Dowling,* and *Paul A. Freund* for respondents.

No. 46. UNITED STATES *v.* KESTERSON ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Reed* for the United States. *Mr. Frank Hickman* for respondents.

No. 174. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MINNESOTA TEA CO. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Oscar Mitchell, James G. Nye, Homer Hendricks, Robert N. Miller,* and *C. J. McGuire* for respondent.

Nos. 175 and 176. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PETERSON. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Oscar Mitchell, James G. Nye, Homer Hendricks, Robert N. Miller,* and *C. J. McGuire* for respondent.